UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| LARRY SUMMERS, | : | |
| --- | --- | --- |
| Plaintiff | : | No. 4:11-CV-00886 |
| vs. | : | (Judge Kosik) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |

FILED
SCRANTON
JUL 2 4 2012
PER _____ DEPUTY CLERK

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Larry Summers as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Larry Summers disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

_____
EDWIN M. KOSIK
United States District Judge

Dated: July 24, 2012